IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CAROL D BETTS | § | CASE NO: 04-47515 |
| Debtor(s) | § | |
| | § | CHAPTER 7 |

## MEMORANDUM OPINION

Carol D. Betts filed Case No. 04-47515-H1-7 on December 7, 2004 (originally filed as a chapter 13 and converted to a case under chapter 7 on June 13, 2005). According to Elma Jean Neuhaus' motion for relief from stay, Ms. Betts' brother is Gregory Jones. Mr. Jones was a debtor in bankruptcy case no. 04-37905. Mr. Jones' case was dismissed on August 7, 2004, with prejudice against refiling for a period of 180 days. Mr. Jones' home was scheduled for foreclosure on December 7, 2004.

On December 7, 2004, Ms. Betts allegedly claims to have acquired Mr. Jones' home, yet did not record the deed until April, 2005. Both Ms. Betts' and Mr. Jones' petitions were apparently filed in an effort to frustrate creditors efforts with respect to the same asset.

The Court confirmed Ms. Betts' chapter 13 plan on April 13, 2005. In the confirmation order, the Court directed Ms. Betts to enter into a wage order by providing the necessary information to the trustee within 7 days. Ms. Betts failed to provide this information as ordered, and no wage order was entered in this case. The case was then converted to a case under chapter 7 on June 13, 2005.

This Court entered a show cause order [docket no. 39] on July 15, 2005, directing Ms. Betts to appear at a hearing scheduled for August 5, 2005. Notice of the hearing was mailed to Ms. Betts at her address of record: 4314 Fairgreen Lane, Houston, TX 77047. Ms. Betts failed to appear at the August 5, 2005 hearing.

The Court orders the Clerk to serve a copy of this Memorandum Opinion and the related Arrest Warrant for Civil Contempt to the United States Marshals Service. The United States Marshals Service is directed to arrest and produce Carol D. Betts before this Court.

SIGNED 08/05/2005.

_____
MARVIN ISGUR
United States Bankruptcy Judge